United States District Court
Southern District of Texas
**ENTERED**
October 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BILLY NELSON, | § § | |
| Plaintiff. | § § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-00133 |
| PNK (LAKE CHARLES) LLC, ET AL., | § § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 15, 2020, all non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(A). Dkt. 20. On September 20, 2020, Judge Edison filed a memorandum and recommendation (Dkt. 26) recommending that the defendants' Rule 12(b)(2)/(3) Motion to Dismiss for Lack of Personal Jurisdiction or Improper Venue; or in the Alternative, to Transfer to the Western District of Louisiana for Convenience ("Motion to Dismiss") (Dkt. 12) be granted.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews the memorandum and recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also,* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly, it is ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 26) is approved and adopted in its entirety as the holding of the court;

(2) The defendants' motion to dismiss (Dkt. 12) is granted; and

(3) This case be tranferred to the United States District Court for the District of Western Louisiana—Lake Charles Division.

Signed on Galveston Island this 16th day of October, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE